**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BETH HIRSCHENBEIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ARAMARK UNIFORM & CAREER | ) Court No. 1:18-cv-3348 |
| APPAREL GROUP, INC., d/b/a | ) |
| ARAMARK UNIFORM & CAREER | ) |
| APPAREL, LLC, and | ) |
| ARAMARK UNIFORM & CAREER | ) |
| APPAREL, LLC, d/b/a | ) |
| ARAMARK UNIFORM SERVICES | ) |
| (MIDWEST) LLC, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF REMOVAL**

Defendants, Aramark Uniform & Career Apparel Group, Inc. d/b/a Aramark Uniform & Career Apparel, LLC, and Aramark Uniform & Career Apparel, LLC d/b/a Aramark Uniform Services (Midwest) LLC, pursuant to 28 U.S.C. § 1446 and the Local Rules of the United States District Court for the Northern District of Illinois, notifies this Honorable Court that the above-entitled cause has been removed from the Circuit Court of Cook County, County Department, Law Division, to the United States District Court for the Northern District of Illinois, Eastern Division, and in support thereof, states as follows:

**STATEMENT OF THE CASE**

1. On April 4, 2018, Plaintiff, Beth Hirschenbein, filed a complaint in the Circuit Court of Cook County, Illinois, Law Division, alleging personal injuries arising out of a trip and fall accident. (See Plaintiff's Complaint attached as Exhibit A.)

2. The Defendants were served via their registered agent on April 12, 2018.

1

**DIVERSITY JURISDICTION UNDER 28 U.S.C. § 1332(a)**

3.　This action is one over which the Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, and may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441 because it is a civil action wherein the matter in controversy exceeds the sum or value of $75,000 exclusive of interests and costs, and is between citizens of different states.

4.　Complete diversity exists between the parties because:

(A)　Plaintiff Beth Hirschenbein is a natural person domiciled in the State of Illinois;

(B)　Defendant Aramark Uniform & Career Apparel Group, Inc. is a corporation organized under the laws of Delaware with its principal place of business in the State of Pennsylvania;

(C)　Defendant Aramark Uniform & Career Apparel Group, LLC is a limited liability company organized under the laws of Delaware with its principal place of business in the State of California. Aramark Uniform & Career Apparel Group, LLC's sole member is Aramark Uniform & Career Apparel Group, Inc., which is a corporation organized under the laws of Delaware with its principal place of business in the State of Pennsylvania. Aramark Uniform & Career Apparel Group, Inc. is a wholly owned subsidiary of Aramark Services, Inc., a corporation organized under the laws of Delaware with its principal place of business in the State of Pennsylvania. Aramark Services, Inc. is 100% owned by Aramark Intermediate HoldCo Corporation, a corporation organized under the law of Delaware with its principal place of

business in the State of Pennsylvania. There are no other members of Aramark Uniform & Career Apparel Group, LLC.

5. Upon information and belief, Plaintiff is seeking damages in excess of $75,000, exclusive of interest and costs, based upon the allegations in her complaint which seek damages in excess of $50,000 for severe and permanent injuries of a personal and pecuniary nature including lost wages, past and future medical expenses, and disability. *See* Ex. A at ¶¶ 11, and 14.

6. Consequently, proper diversity of citizenship exists between the parties as required under 28 U.S.C. § 1332, and the amount in controversy in this case exceeds the jurisdictional limit of $75,000.00, exclusive of interest and costs.

7. The requisite elements of jurisdiction have been satisfied and diversity of the parties exists which entitles the Defendants to remove this action to the United States District Court for the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. §§ 1332 and 1446.

WHEREFORE, the Defendants, Aramark Uniform & Career Apparel Group, Inc. d/b/a Aramark Uniform & Career Apparel, LLC, and Aramark Uniform & Career Apparel, LLC d/b/a Aramark Uniform Services (Midwest) LLC, notify this Court that this cause has been removed from the Circuit Court of Cook County, Illinois, County Department, Law Division, to the United States District Court for the Northern District of Illinois, Eastern Division, pursuant to the provisions of 28 U.S.C. § 1446 and the Local Rules of the United States District Court of the Northern District of Illinois.

Respectfully submitted,

By: /s/ Craig M. Derrig
Craig M. Derrig, ARDC #6277369
Keith K. Ybanez, ARDC #6318216
WOOD SMITH HENNING & BERMAN, LLP
222 South Riverside Plaza
Suite 640
Chicago, IL 60606
312-766-4450 (p)
312-766-4451 (f)
cderrig@wshblaw.com
kybanez@wshblaw.com
***Attorneys for Defendants Aramark Uniform & Career Apparel Group, Inc., and Aramark Uniform & Career Apparel, LLC***

## **CERTIFICATE OF SERVICE**

I hereby certify that on the **10th** day of **May 2018**, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

and I hereby certify that I will mail the document by U.S. Mail to the following non-filing user:

Sandra Colina
Law Offices of Kupets & DeCaro, P.C.
77 W. Washington Street, 20th Floor
Chicago, IL 60602
scolina@kupetsdecaro.com
***Attorney for Plaintiff, Beth Hirschenbein***

By: /s/ Craig M. Derrig

4